IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:21-00131-02

SCOTT MEADOWS

## MEMORANDUM OPINION AND ORDER

On December 6, 2021, co-defendant Douglas Vineyard was arraigned in this matter before Magistrate Judge Aboulhosn. Because the trial date of January 11, 2022 would not provide sufficient time for Vineyard to prepare for trial, Magistrate Judge Aboulhosn set new dates for trial and other associated deadlines. As no motion for severance has been granted, those new dates apply to defendant as well. Accordingly, the court hereby **ORDERS** as follows:

1. Trial of this action is scheduled for February 2, 2022, at 9:30 a.m., in Bluefield. Jury instructions and proposed voir dire are to be filed by January 26 2022;

2. All pretrial motions are to be filed by January 3, 2022; and

3. A pretrial motions hearing is scheduled for January 10, 2022, at 3:00 p.m., in Bluefield.[1]

---

[1] The court notes that, for purposes of determining compliance with the Speedy Trial Act, "in cases involving multiple defendants only one speedy trial clock, beginning on the date of the commencement of the speedy trial clock of the most recently added defendant, need be calculated under 18 U.S.C. § 3161(h)(7)." United States v. Piteo, 726 F.2d 50, 52 (2d Cir.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 7th day of December, 2021.

ENTER:

David A. Faber
Senior United States District Judge

---

1983); see also United States v. Walker, Nos. 95-5914, 96-4247, 96-4110, 1997 WL 358770, *3 (4th Cir. June 30, 1997) (quoting Piteo).